**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 04-1751**

—————————

HENRY W. GETER, II,

Plaintiff - Appellant,

versus

TOWNSHIP OF COTTAGE CITY; COTTAGE CITY POLICE
DEPARTMENT; PERRY D. HOAK, Lieutenant, Cottage
City Police Department; FINLEY, Officer,
Cottage City Police Department,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
01-1928-DKC)

—————————

Submitted: August 12, 2004        Decided: August 17, 2004

—————————

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Henry W. Geter, II, Appellant Pro Se. Yvette Michelle Bryant,
Kevin Bock Karpinski, ALLEN, KARPINSKI, BRYANT & KARP, Baltimore,
Maryland, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry W. Geter, II, seeks to appeal the order of a magistrate judge denying his motion to have requests for admissions deemed admitted. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Geter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED